# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**     *

    vs.     *    **Case No.: 24-cr-00216 BAH**

**LUIS SANTOS PEREZ**     *

    **Defendant**     *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME FROM CALCULATION UNDER THE SPEEDY TRIAL ACT

COMES NOW, the Defendant, Luis Santos Perez, by and through counsel, Nicholas G. Madiou, Esq., and Brennan, McKenna, & Lawlor, Chtd., and hereby moves this Honorable Court to continue the status conference currently scheduled for Friday, January 10, 2025 at 9:30 a.m., and exclude certain time from the Speedy Trial Act calculation in this case. In support of this Motion, counsel states the following:

    1.      Per prior Order of the Court, Mr. Perez is scheduled to appear before this Honorable Court on Friday, January 10, 2025 at 9:30 a.m. for a status conference in the above-referenced case.

    2.      Undersigned counsel respectfully asks for a continuance of the status conference, and the exclusion of that time for Speedy Trial purposes, for the following reasons:

a. The parties are actively engaged in discussions concerning a potential pretrial resolution of this case. The parties require some additional time to finalize the agreement.

b. Additionally, counsel will require additional time to meet with the defendant to discuss the case.

3. Undersigned counsel has also contacted Assistant United States Attorney Karen Shinskie, and is authorized to state that the United States does not oppose this motion.

4. Mr. Perez consents to the exclusion of time under the Speedy Trial Act from January 10, 2025 to the date of the next scheduled status hearing.

5. The parties are available on February 7, 2025 anytime after 11:00 a.m. for a status conference in this matter.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court continue the current status conference to February 7, 2025 anytime after 11:00 a.m. or a date that is agreeable to this Court and all parties, and exclude that time from the Speedy Trial calculation in this case.

Respectfully submitted,

/s/
_____
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2025, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Nicholas G. Madiou

3